# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IRRIMAX CORPORATION, ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | CIVIL ACTION FILE |
| ) | |
| v. ) | NO. 1:21-cv-03446-AT |
| ) | |
| NEXT SCIENCE, LLC, ) | |
| ) | |
| Defendant/Counterclaimant. ) | |

## **REVISED CERTIFICATE OF COMPLIANCE**

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

*/s/ Marla R. Butler*
Marla R. Butler
Georgia Bar No. 099917Jason R. Carruthers Georgia Bar No. 211098
**THOMPSON HINE LLP**
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, GA  30326
Telephone: (404)541-2900
Facsimile: (404) 541-2905
Marla.Butler@ThompsonHine.com
Jason.Carruthers@ThompsonHine.com

-2-

        Anne M. Lockner (*pro hac vice*)
        William E. Manske (*pro hac vice*)
        Brandon J. Pakkebier (*pro hac vice*)
        **ROBINS KAPLAN LLP**
        800 LaSalle Ave., Ste. 2800
        Minneapolis, MN 55402
        Telephone: (612) 349-8500
        Facsimile: (612) 339-4181
        alockner@robinskaplan.com
        wmanske@robinskaplan.com
        bpakkebier@robinskaplan.com

        *Counsel for Next Science, LLC*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this **REVISED CERTIFICATE OF COMPLIANCE** with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 24th day of November, 2021.

*/s/ Marla R. Butler*
Marla R. Butler
Georgia Bar No. 099917