IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRRIMAX CORPORATION,<br><br>　　Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>NEXT SCIENCE, LLC,<br><br>　　Defendant/Counterclaimant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-03446-AT |

**CERTIFICATE OF CONSENT TO
<u>WITHDRAW AND SUBSTITUTE COUNSEL</u>**

COMES NOW Irrimax Corporation ("Plaintiff") and pursuant to Local Rule 83.1(E)(3), gives notice that Russell E. Blythe and Kathleen E. McCarthy and the law firm of King & Spalding LLP, hereby withdraw as counsel for Plaintiff. In their place, Christopher T. Giovinazzo and Megan E. Cambre and the law firm of Bondurant Mixson & Elmore, LLP are substituted as counsel of record for Plaintiff. Plaintiff consents to this withdrawal and substitution. Plaintiff further certifies that they have been advised of the items set forth in Local Rule 83.1(E)(2)(B) through (H).

Plaintiff therefore requests that the substituted counsel be substituted as counsel of record for Plaintiff, and that they receive notice of all further notices,

#3340979v1

pleadings, orders, and other documents in this action, including notices sent via the Court's CM/ECF system, at the following address:

Christopher T. Giovinazzo
giovinazzo@bmelaw.com
Megan E. Cambre
cambre@bmelaw.com
Bondurant Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309

Plaintiff also requests that Russell E. Blythe and Kathleen E. McCarthy and the law firm of King & Spalding LLP be relieved of all further obligations with respect to the representation of Plaintiff in this action, including relief from receiving further CM/ECF notices in this action.

Respectfully submitted this 17th day of February, 2022.

| | |
|---|---|
| */s/  Christopher T. Giovinazzo* | */s/ Russell B. Blythe* |
| Christopher T. Giovinazzo | (signed w/express permission by |
| Georgia Bar No. 142165 | Christopher T. Giovinazzo) |
| giovinazzo@bmelaw.com | Russell E. Blythe |
| Megan E. Cambre | Georgia Bar No. 141379 |
| Georgia Bar No. 167133 | rblythe@kslaw.com |
| cambre@bmelaw.com | KING & SPALDING LLP |
| Bondurant Mixson & Elmore, LLP | 1180 Peachtree Street, N.E. |
| 3900 One Atlantic Center | Atlanta, Georgia 30309 |
| 1201 West Peachtree Street, N.W. | Tel: (404) 572-4600 |
| Atlanta, Georgia  30309 | Fax: (404) 572-5134 |
| Telephone:  (404) 881-4100 | |
| Facsimile:   (404) 881-4111 | |

#3340979v1

| | |
|---|---|
| Of Counsel: | Kathleen E. McCarthy |
| */s/ Todd Stein* | *admitted pro hac vice* |
| (signed w/express permission by | kmccarthy@kslaw.com |
| Christopher T. Giovinazzo) | KING & SPALDING LLP |
| Todd Stein | 1185 Avenue of the Americas |
| Georgia Bar No. 677969 | New York, NY 10036 |
| Irrimax Corporation | Tel: (212) 556-2345 |
| 1665 Lakes Parkway, Suite 102 | Fax: (212) 556-2222 |
| Lawrenceville, GA 30043 | |
| t.stein@irrisept.com | |

#3340979v1

## **CERTIFICATE OF COMPLIANCE**

I hereby certify, in compliance with Local Rule 5.1C, that the foregoing pleading has been prepared using 14 point Times New Roman font, with a top margin of not less than 1.5 inches and a left margin of not less than 1 inch.

This 17th day of February, 2022.

>*/s/  Christopher T. Giovinazzo*
>Christopher T. Giovinazzo

#3340979v1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **CERTIFICATE OF CONSENT TO WITHDRAW AND SUBSTITUTE COUNSEL** with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 17th day of February, 2022.

*/s/ Christopher T. Giovinazzo*
Christopher T. Giovinazzo

#3340979v1