IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IRRIMAX CORPORATION, | : |
| Plaintiff/Counterclaim Defendant, | : CIVIL ACTION FILE |
| v. | : NO. 1:21-cv-03446-AT |
| NEXT SCIENCE, LLC, | : |
| Defendant/Counterclaimant. | : |

## **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY**

Pursuant to Local Rule 5.4, counsel for Plaintiff Irrimax Corporation hereby certifies that on February 17, 2022, the undersigned served a true and correct copy of the following on counsel of record by email according to the certificate of service attached thereto:

> Plaintiff Irrimax Corporation's Objections and Responses to Defendant Next Science, LLC's Second Set of Interrogatories (Nos. 10-16)

Respectfully submitted this 18th day of February, 2022.

#3341598v1

|  |  |
|---|---|
|  | */s/ Megan E. Cambre* |
|  | Christopher T. Giovinazzo |
|  | Georgia Bar No. 142165 |
|  | giovinazzo@bmelaw.com |
|  | Megan E. Cambre |
|  | Georgia Bar No. 167133 |
|  | cambre@bmelaw.com |
|  | Bondurant Mixson & Elmore, LLP |
|  | 3900 One Atlantic Center |
|  | 1201 West Peachtree Street N.W. |
|  | Atlanta, Georgia  30309 |
| *Counsel for Plaintiff* | Telephone:  (404) 881-4100 |
| *Irrimax Corporation* | Facsimile:   (404) 881-4111 |

#3341598v1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system, which automatically sends e-mail notification of such filing to all attorneys of record.

This 18th day of February, 2022.

*/s/ Megan E. Cambre*
Megan E. Cambre

#3341598v1