# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IRRIMAX CORPORATION, <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> NEXT SCIENCE, LLC, <br><br> Defendant/Counterclaimant. | Civil Action No. <br> 1:21-cv-03446-VMC |

## ORDER

Before the Court is the Parties' Consent Motion to Dismiss (Doc. 56) with prejudice, which the Court construes as a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(ii). It is **ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**, but the Court shall retain jurisdiction over future disputes concerning the Parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). The Clerk is directed to close this case.

**SO ORDERED** this 14th day of July, 2022.

_____
Victoria Marie Calvert
United States District Judge